GEORGIA POWER CO. *v.* NATIONAL UNION FIRE INSURANCE CO. *et al.*

ROURKE, Judge. This case is controlled by the decision in *Georgia Power Co.* v. *Yorkshire Insurance Co.,* ante, 589.

*Judgment affirmed. Presiding Justice Beck, Justices Gilbert and Bell; and Judges Graham and Knox, concur.*